# First District Court of Appeal
## State of Florida

_____

No. 1D18-1551

_____

Sharon Dent,

   Petitioner,

v.

Target
Corporation/Sedgwick CMS,

   Respondents.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

September 27, 2018

Per Curiam.

   Denied.

Roberts, Ray, and Winsor, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Wayne Johnson of DeCiccio & Johnson, Maitland, for Petitioner.

Nicole Florentino of Eraclides, Gelman, Hall, Indek, Goodman, Waters & Traverso, Maitland, for Respondents.